Submitted on record and briefs January 9, reversed and referee's order reinstated
February 18, 1987

In the Matter of the Compensation of
Kenneth W. Emerson, Claimant.

EMERSON,
*Petitioner,*

*v.*

DEPARTMENT OF FISH AND WILDLIFE et al,
*Respondents.*

(WCB 84-05601; CA A38480)

732 P2d 958

Craig B. Cordon, Portland, and Wade P. Bettis, Jr., LaGrande, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Darrell E. Bewley, Assistant Attorney General, Salem, filed the brief for respondents.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of the Workers' Compensation Board's order awarding him unscheduled permanent partial disability compensation. Because we agree with the referee, we reverse the Board and reinstate the referee's order.

Reversed; referee's order reinstated.